[No. 3702.   Decided December 18, 1900.]

AMANDA E. BOUNDS, *Appellant,* v. DAVID O. BOUNDS *et al., Respondents.*

APPEAL—SUFFICIENCY OF EVIDENCE.

In an action for divorce the findings of the trial court that the allegations of the complaint are not sustained by the evidence will not be disturbed on appeal, unless the evidence clearly warrants a different conclusion.

Appeal from Superior Court, Garfield County.—Hon. MELVIN M. GODMAN, Judge. Affirmed.

*Tweedy & Jewett,* for appellant.

*S. G. Cosgrove* and *Gose & Kuykendall,* for respondents.

The opinion of the court was rendered by

WHITE, J.—This action is brought by the appellant to obtain a decree of divorce against the respondent David O. Bounds, and for a decree declaring certain property, the title of which is now in the name of Jane Bounds, the other respondent, to be the property of the appellant and the respondent David O. Bounds. The respondent David O. Bounds answered, and denied the alleged acts of cruelty and the fraud alleged as to the conveyance of the property to Jane Bounds. The respondent Jane Bounds denied the fraud alleged as to the conveyance to her of the property. The court below found against the appellant on all the issues and adjudged the title of the property to be rightfully in Jane Bounds. The court below, in addition to the findings of fact and conclusions of law, filed a written opinion, carefully weighing, analyzing, and comparing the testimony, which is very voluminous. We have carefully read the testimony and fully concur, not only in the find-

ings of fact and conclusions of law, but in the force and effect given to the testimony by the trial court.

It will do the litigants in this action no good to review in this opinion the testimony at length, and the public would not be benefited thereby. It is the policy of the law to discourage divorces, and, unless the evidence clearly warrants a different conclusion from that arrived at by the trial court, in a case where the court fails to find the allegations of the complaint sustained by the evidence, we will not disturb the findings of the court. The appellant and the respondent David O. Bounds had lived together over twelve years. They are the parents of three children as the result of that union, who yet need their joint care and support. We do not regard the differences between the appellant and her husband as irreconcilable. We are very much impressed, as was the court below, after reading the testimony in this case, that the father of the appellant and the mother of the respondent David O. Bounds have sown the seeds of discord between the husband and wife. With this malign influence removed, we see no reason why the father and mother of the helpless children involved in this litigation may not again resume the marriage relations.

The judgment of the court below is affirmed.

DUNBAR, C. J., and ANDERS, REAVIS and FULLERTON, JJ., concur.